# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:21-CR-48 (WLS-TQL-17) |
| : | |
| KEYUNTRAN TAYLOR, : | |
| : | |
| Defendant. : | |

## ORDER

On May 27, 2022 Defendant, Keyuntran Taylor, filed a Motion to Suppress (Doc. 321) in this proceeding. Therein, Defendant requested that any evidence obtained from a cellphone, which allegedly belongs to Defendant, be suppressed as the Government did not produce a search warrant for the cellphone. (*Id.*)

Pursuant to the Middle District of Georgia's Local Criminal Rule 47 and this Court's Scheduling Order (Doc. 298) the Government had twenty-one (21) days to file a Response. To date, no Response has been filed. The Government is hereby **ORDERED** to respond to Defendant's Motion to Suppress (Doc. 321) by **no later than Wednesday, June 22, 2022**. Defendant will have **fourteen (14) days)** to file a reply brief if he so desires. Thereafter a hearing on this issue will be set, if necessary.

**SO ORDERED**, this 17th day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**