# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

United States of America
v.

Keyuntran Taylor

) 
) Case No: 7:21-CR-00048-017
) 
) USM No: 68427-509
) 
) Neil Matthew Monroe
) *Defendant's Attorney*

Date of Original Judgment: January 27, 2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO AMENDMENT 821

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___70___ months **is reduced to** ___60___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Taylor was originally sentenced on January 26, 2023, to a term of 70 months imprisonment and a four-year term of supervised release, for the offense of Possession of Methamphetamine with Intent to Distribute. His total offense level was determined to be 27 with a criminal history category I, which yielded an advisory sentencing range of 70-87 months. The Court also imposed the $100 mandatory assessment. He presently has a projected release date of July 27, 2027.

Based on Part B, subchapter 1 of Amendment 821 of the United States Sentencing Guidelines, the defendant is eligible for a two-level reduction under the newly created provision found at USSG § 4C1.1(a) for certain zero-point offenders. Such a reduction results in a total offense level 25 with a criminal history category I, which yields an advisory sentencing range of 60-71 months due to the five-year mandatory minimum in this case. The Government opined a sentence at the bottom of the amended guideline range is appropriate in this case and the Court concurs. Therefore, the Court imposes a custodial sentence of 60 months which is the mandatory minimum sentence in this case.

Except as otherwise provided, all provisions of the judgment dated ___January 27, 2023___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2/9/24

Judge's signature

Effective Date: _____
*(if different from order date)*

W. Louis Sands, Senior U.S. District Judge
*Printed name and title*